# United States Court of Appeals for the Federal Circuit

June 21, 2010

**ERRATA**

Appeal No. 2009-3287

LONDON STEVERSON,
Petitioner,

v.

SOCIAL SECURITY ADMINISTRATION,
Respondent.

Decided:  June 17, 2010
Nonprecedential Opinion

Please make the following change:

Page 1, change "argued" to "on the brief".